UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD HOWE,<br><br>          Plaintiff<br><br>vs.<br><br>PRECISION FINANCIAL GROUP, INC.,<br>et al,<br><br>          Defendants | CIVIL ACTION FILE<br><br>NO. 1:17-cv-1129-LLM |

# J U D G M E N T

This action having come before the court, Leigh Martin May, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution and failure to comply with a court order.

Dated at Atlanta, Georgia this 25th day of September, 2017.

                              JAMES N. HATTEN
                              CLERK OF COURT


                         By:  s/ Harry F. Martin
                              Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
    September 25, 2017
James N. Hatten
Clerk of Court


By: s/ Harry F. Martin
        Deputy Clerk